Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−19615−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan Elaine Lanza
   29 Berk Lane
   Glen Gardner, NJ 08826

Social Security No.:
   xxx−xx−8119

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 15, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 72 − 66
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 66). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/14/2021. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 15, 2021
JAN: dmi

                                                                                               Jeanne Naughton
                                                                                               Clerk